UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:

JOSE PAGAN,

    Plaintiff,

vs.

WAL-MART ASSOCIATES, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, WAL-MART ASSOCIATES, INC. ("Defendant"), by and through its undersigned counsel, hereby gives notice that the civil action identified as *JOSE PAGAN V. WAL-MART ASSOCIATES, INC.*, Case No.: 2021-CA-000255000000, currently pending in state court in the Tenth Judicial Circuit, in and for Polk County, Florida ("Tenth Judicial Circuit"), is removed to this Court without waiving any rights to which Defendant may be entitled, and states:

### I. REMOVAL IS TIMELY

1. On or about January 28, 2021, Plaintiff commenced this action against Defendant in the Tenth Judicial Circuit. On April 6, 2021, Defendant's received a Waiver of Service of Process and Notice of Commencement of Action setting forth

the claim for relief upon which this action is based. On or about April 12, 2021, Defendant's counsel executed the waiver of service of process. *See* Executed Waiver of Service of Process, attached hereto as Exhibit "A."

2. Pursuant to 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is timely because it is filed within thirty (30) days after Defendant received a copy of the initial pleading setting forth the claim for relief upon which the above-captioned cause is based.

## II. REMOVAL BASED ON FEDERAL QUESTION JURISDICTION IS PROPER

3. Pursuant to 28 U.S.C. §1331, this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged violations of federal law in his Complaint. *See* Plaintiff's Complaint, attached hereto as Exhibit "B." Plaintiff has pled that Defendant discriminated and retaliated against him in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000e *et seq.* ("Title VII") and the Americans with Disabilities Act, 42 U.S. Code § 12101 ("ADA").  Accordingly, removal of this action is proper under 28 U.S.C. §1441 because the civil action arises under the laws of the United States.

4. Plaintiff's remaining allegations of discrimination and retaliation brought under the Florida Civil Rights Act of 1992, § 760, *et seq.,* Florida Statutes ("FCRA"), are so related to the claims in this action within the original jurisdiction

of this Court that they form part of the same case or controversy, namely: Plaintiff's employment by Defendant, and the alleged discrimination and retaliation by Defendant against Plaintiff in his employment. Accordingly, pursuant to 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over Plaintiff's state law claims.

### III. REMOVAL TO THE MIDDLE DISTRICT OF FLORIDA IS PROPER

5. Pursuant to 28 U.S.C. §1446(a), the United States District Court for the Middle District of Florida, Tampa Division ("Middle District of Florida"), is the judicial district and division embracing the Tenth Judicial Circuit, where this case was brought and is pending, and is therefore the proper district court and division to which this case must be removed.

### IV. ALL REQUIREMENTS NECESSARY FOR REMOVAL HAVE BEEN MET

6. Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders, that have to date been served upon Defendant or filed in the State Court Action are attached hereto as Exhibit "B."

7. There are no motions currently pending in this action in the Tenth Judicial Circuit. Accordingly, there are no pending motions or documents being filed along with this Notice of Removal, as would otherwise be required.

8. Pursuant to 28 U.S.C. §1446(d), promptly after the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal will be served

upon the following counsel for Plaintiff via email: Alberto Naranjo, Esq., AN Law Firm, P.A., 7900 Oak Lane, Suite 400, Miami Lakes, FL 33016, an@anlawfirm.com.

9. Further, pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal, along with Defendant's Notice to Plaintiff of Removal, will be filed with the Clerk of the Court for the Tenth Judicial Circuit. *See* Notice of Removed Action, attached as Exhibit "C."

WHEREFORE, Defendant respectfully gives notice of the removal of this action currently pending in the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: May 6, 2021

Respectfully submitted,
**FordHarrison LLP**

By: */s/ Fabian A. Ruiz*
    Amy R. Turci
    Florida Bar No.: 349630
    aturci@fordharrison.com
    225 Water Street Ste 710
    Jacksonville, FL, 33202
    Tel: (904) 357-2000
    Fax: (904) 357-2001

    Fabian A. Ruiz
    Florida Bar No.: 117928
    Email:  fruiz@fordharrison.com
    1 SE 3rd Avenue, Suite 2130
    Miami, FL, 33130
    (305) 808-2100  Telephone
    (305) 808-2101  Facsimile
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on May 6, 2021, I electronically filed the foregoing document with the Clerk for the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## **SERVICE LIST**

Alberto Naranjo, Esq.
AN Law Firm, P.A.
7900 Oak Lane #400
Miami Lakes, Florida 33016
Tel: (305) 942-8070
Email: an@anlawfirm.com
*Counsel for Plaintiff*

*/s/ Fabian A. Ruiz*
Fabian A. Ruiz

WSACTIVELLP:12256775.1