UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISIÓN
CASE NO.: 8:21-cv-01095-VMC-JSS

JOSE PAGAN,

    Plaintiff,

vs.

WAL-MART ASSOCIATES, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jose Pagan and Defendant Wal-Mart Associates, Inc. ("Parties"), pursuant to Local Rule 3.08, respectfully submit this Joint Notice of Settlement to advise the Court that the parties have reached a resolution to this action. The parties are finalizing that resolution and anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days.

Accordingly, pursuant to the Court's Second Order Appointing Mediator [DE 35], the parties request leave from the Court to cancel the mediation scheduled for October 8, 2021.

Respectfully submitted this 30th day of September, 2021.

| AN LAW FIRM, P.A. | FORD**HARRISON**<sup>LLP</sup> |

AN LAW FIRM, P.A.                                    FORD**HARRISON**<sup>LLP</sup>

*/s/ Alberto Naranjo*                                  */s/ Amy R. Turci*
Alberto Naranjo, Esquire                          Amy R. Turci, Esquire
Florida Bar Number 0092923                  Florida Bar Number 0349630
an@anlawfirm.com                                  aturci@fordharrison.com
7900 Oak Lane #400                                225 Water Street, Suite 710
Miami Lakes, Florida 33016                    Jacksonville, Florida  32202
T (305) 942-8070 | F (786) 584-7966    T (904) 357-2000 | F (904) 357-2001

Attorneys for Plaintiff                                Attorney for Defendant

WSACTIVELLP:12608173.1

- 2 -